**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| American Civil Liberties Union of San Diego and Imperial Counties, American Civil Liberties Union of Southern California, Anne Lai and Sameer Ashar, Plaintiffs, <br><br> v. <br><br> United States Department of Homeland Security, United States Customs and Border Protection, Defendants. | Case No.: 8:15-cv-00229-JLS-RNBx <br><br> **Order to Modify the Current Summary Judgment Briefing Schedule** |

For good cause shown in the Joint Stipulation to Modify the Current Summary Judgment Briefing Schedule, the Court hereby **ORDERS** that the briefing schedule in this matter shall be as follows:

- **February 19, 2016**: Defendants' motion for summary judgment and, if necessary, *Vaughn* Index, with the motion noticed for the later of **June 3, 2016** or the Court's next available motion hearing date.
- **March 18, 2016**: Plaintiffs' opposition and cross-motion for summary judgment, noticed for the same date as Defendants' motion.
- **April 15, 2016**: Defendants' opposition to cross-motion and reply in support of motion.

1
2     •   **May 6, 2016**: Plaintiffs' reply in support of cross-motion.
3
4     **So ordered.**
5
6 Dated: January 13, 2016
7                                       Hon. Josephine L. Staton
8                                       United States District Judge