# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Civil Liberties Union of San Diego and Imperial Counties, American Civil Liberties Union of Southern California, Anne Lai and Sameer Ashar, <br>     Plaintiffs, <br><br> v. <br><br> United States Department of Homeland Security, United States Customs and Border Protection, <br>     Defendants. | Case No.: 8:15-cv-00229-JLS-RNBx <br><br> **Order to Vacate the Current Summary Judgment Briefing Schedule and Require a Joint Status Report** |

For good cause shown in the Joint Stipulation to Vacate the Current Summary Judgment Briefing Schedule and Require a Joint Status Report, the Court hereby **ORDERS** that the existing summary judgment briefing schedule (Dkt. No. 29) is **VACATED** and further **ORDERS** that the parties shall file a joint status report by March 18, 2016 reporting their progress and proposing next steps.

**So ordered.**
Dated: February 17, 2016

                                             Hon. Josephine L. Staton
                                             United States District Judge