BENJAMIN C. MIZER
 Acting Assistant Attorney General
MARCIA BERMAN
 Assistant Branch Director
ARJUN GARG
 Email: arjun.garg@usdoj.gov
 Trial Attorney
 U.S. Department of Justice
 Civil Division, Federal Programs Branch
 20 Massachusetts Ave., NW
 Washington, DC 20530
 Tel: (202) 305-8613
 Fax: (202) 616-8470

*Attorneys for Defendants*
U.S. Department of Homeland Security
U.S. Customs and Border Protection

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Civil Liberties Union of San Diego and Imperial Counties, American Civil Liberties Union of Southern California, Anne Lai and Sameer Ashar, <br><br> Plaintiffs, <br><br> v. <br><br> United States Department of Homeland Security, United States Customs and Border Protection, <br><br> Defendants. | Case No.: 8:15-cv-00229-JLS-RNB <br><br> **Joint Status Report** |

In this Freedom of Information Act ("FOIA") action, Plaintiffs seek production of records related to the United States Border Patrol's "roving patrol" operations in the San Diego and El Centro Sectors. As previously reported, *see* Dkt. Nos. 28, 30, the parties have been meeting and conferring regarding the scope of issues to be presented to the Court on contemplated cross-motions for summary

judgment. In accordance with the Court's order vacating the previously set schedule for briefing summary judgment, *see* Dkt. No. 31, the parties respectfully submit this joint status report to advise of their progress and propose next steps.

The parties respectfully request additional time to continue working cooperatively to clarify and streamline the issues ultimately litigated. Since the parties' previous report to the Court on February 11, the defendants have conducted additional searching and are conducting additional processing of records for release, along with preparing an updated draft *Vaughn* index for a portion of their production in order to facilitate the parties' discussions. In tandem, the parties are continuing to exchange correspondence. The parties believe that continuing this cooperative effort may be productive in further narrowing or eliminating issues in this case, sharpening the presentation of remaining issues to the Court, and minimizing the Court's burden in adjudicating summary judgment. To enable further cooperation, without causing undue delay, the parties respectfully propose to file a joint status report no later than **April 8, 2016** in which they will report progress and propose next steps. A proposed order is attached for the Court's consideration.

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Arjun Garg, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 18, 2016

BENJAMIN C. MIZER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

**/s/ Arjun Garg**

ARJUN GARG
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel: (202) 305-8613
Fax: (202) 616-8470
Email: arjun.garg@usdoj.gov

*Attorneys for Defendants*


ACLU FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES

By **/s/ Mitra Ebadolahi**
Border Litigation Project
Staff Attorney

David Loy
Legal Director

ACLU FOUNDATION OF SOUTHERN
CALIFORNIA
Adrienna Wong
Staff Attorney

Belinda Escobosa Helzer
Director, Orange County & Inland Empire
    Offices

UNIVERSITY OF CALIFORNIA, IRVINE
SCHOOL OF LAW – IMMIGRANT
RIGHTS CLINIC
Anne Lai
Supervising Attorney

*Attorneys for Plaintiffs*

3