JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

American Civil Liberties Union of San Diego and Imperial Counties, American Civil Liberties Union of Southern California, Anne Lai and Sameer Ashar,

    Plaintiffs,

v.

United States Department of Homeland Security, United States Customs and Border Protection,

    Defendants.

Case No.: 8:15-cv-00229-JLS-RNB

**FINAL JUDGMENT**

**Judge: Hon. Josephine L. Staton**
**Courtroom: 10A**

In orders dated November 6, 2017, and April 19, 2018, the Court granted in part and denied in part Plaintiffs' Motion for Summary Judgment and also granted in part and denied in part Defendants' Motion for Summary Judgment. (Docs. 90, 94.) Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants with respect to the following:

(1) the adequacy of Defendants' search;

(2) the withholding of Chapters 16 and 17 of the Enforcement Law Course ("ELC") as attorney work-product under Exemption 5;

(3) the withholding of Sections 3.1010, 5.540, 6.210 (including all subsections), 6.630d, 6.420a, 6.530, 7.264, 7.610, 7.612, 7.1500, 8.866, 8.900, 12.126 (including all subsections), 14.950, 18.347, 18.351b, 18.351c, 18.348, and 20.300, and Chapter 12 of the ELC under Exemption 7(E);

(4) all withholdings of CBP personnel names contained in the ELC under Exemptions 6 and 7(C);

(5) the withholding of five "policy memos" under Exemption 7(E);

(6) the withholding of pages 70–83 of Border Patrol Academy Records *Vaughn*[1] No. 8 under Exemption 5;

(7) the withholding of information under Exemption 7(E), as listed in Border Patrol Academy Records *Vaughn* Nos. 1–7, 12, 22–23, and 36–38;

(8) information under Exemption 7(E), as listed in BPA *Vaughn* Nos. 49, 55, and 56, with the exception of the information redacted on pages 6 and 7 of each of those records; and

(9) photos and personal identifying information under Exemption 7(C), as listed in BPA *Vaughn* Nos. 1–5, 9, 10, 46–49, and 55–56.

//
//

---

[1] *See* Notice of Lodging, ECF No. 93.

The Court ENTERS judgment in favor of Plaintiffs on the remainder of the Enforcement Law Course and the remainder of the BPA records.

Dated: May 11, 2018

_____
Judge Josephine L. Staton
United States District Judge